UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

      Plaintiff,

      v.                                    Case No. 22-CR-95

MITCHELL C. BURTON,
a/k/a "COSBY M. BURTON IV",

      Defendant.

## FINAL ORDER OF FORFEITURE AND JUDGMENT

The Court, having considered the motion of the United States of America together with the declaration of Assistant United States Attorney Daniel R. Humble, and being satisfied that the terms and provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) have been satisfied,

**IT IS ORDERED**, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), that the United States of America has clear title to the following properties and may dispose of the properties according to law:

1. Marlin .30-30 rifle bearing serial number 11943;
2. Ruger 10-22 rifle bearing serial number 233-31901;
3. FN .50 caliber rifle bearing serial number 226-533;
4. Kimber 9mm handgun bearing serial number PB0288229;
5. P Stevens M rifle bearing serial number 2169;
6. Savage 12 gauge shotgun bearing serial number 112120;

7.  Richards shotgun bearing no serial number;

8.  Remington 12 gauge shotgun bearing serial number M262268V;

9.  Weatherby .30-06 rifle bearing serial number WS004330; and

10. Marlin 55 12-gauge shotgun bearing no serial number.

Dated at Green Bay, Wisconsin, this 21st day of December, 2022.

                                  s/ William C. Griesbach
                                  WILLIAM C. GRIESBACH
                                  United States District Judge